| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2015** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) REINHARD, PHILIP G. | 2. Court or Organization NDIL - WESTERN DIVISION | 3. Date of Report 05/03/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

| 7. Chambers or Office Address 327 SOUTH CHURCH STREET ROOM 6100 ROCKFORD, ILLINOIS 61101 |
|---|
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Illinois Judges' Retirement System | $76,600.00 |
| 2. 2015 | Illinois Municipal Retirement Fund | $15,364.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015-Int. | Substitute Teacher - Harlem Consolidated School District |
| 2. 2015 | Teachers Retirement System of the State of Illinois |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Regal Beloit Corporation Common Stock - Trust #1 | B | Dividend | M | T | | | | | |
| 2. EQTCorp.formerly listed as Equitable Resources Common Stock - Trust #1 | A | Dividend | M | T | | | | | |
| 3. Vanguard - Index Total Stock Market Fund | D | Dividend | N | T | | | | | |
| 4. Vanguard - Index Total Stock Market Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 5. E*Trade Clearning LLC Brokerage Account - Trust #1 | A | Interest | K | T | | | | | |
| 6. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 7. Vanguard Prime Money Market Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 8. Gold - Krugerrands | | None | M | T | | | | | |
| 9. Johnson & Johnson Corp. Common Stock - Trust #1 | B | Dividend | L | T | | | | | |
| 10. MGE Energy Inc. Common Stock - Trust #1 | B | Dividend | K | T | | | | | |
| 11. 3M Corp. Common Stock - Trust #1 | B | Dividend | L | T | | | | | |
| 12. Exco Resources Inc. Common Stock - Trust #1 | | None | J | T | | | | | |
| 13. Vanguard Intrn.Eq. Ind Fd Emr. Mkt. ETF - Trust #1 | A | Dividend | K | T | | | | | |
| 14. Vanguard Intermediate-term Tx. Muni bonds - Admiral | D | Interest | N | T | | | | | |
| 15. Alpine Bank Financial Accounts | A | Interest | L | T | | | | | |
| 16. Alpine Bank Financial Account - Trust #1 | A | Interest | J | T | | | | | |
| 17. Vanguard Intermediate-term Tx. Muni bonds - Inv - Trust #1 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Abraxas Pete, Common Stock - Trust #1 | | None | J | T | | | | | |
| 19. WisdomTree Emerging Markets Small Cap Div. Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 20. Devon Energy Corp. Common Stock - Trust #1 | A | Dividend | J | T | | | | | |
| 21. Ally Bank - Trust #1 | B | Interest | M | T | | | | | |
| 22. Ally Bank | B | Interest | M | T | | | | | |
| 23. Energy Transfer Partners LP Units - Trust #1 | A | Dividend | K | T | | | | | |
| 24. Apple Inc. Common Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 25. Vanguard REIT Index Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 26. Novartis AG Common Stock - Trust #1 | A | Dividend | K | T | Buy (add'l) | 10/27/15 | J | | |
| 27. Vanguard ST Invest. Grade Fund | B | Dividend | L | T | | | | | |
| 28. Vanguard ST Invest. Grade Fund - Trust #1 | B | Dividend | L | T | | | | | |
| 29. Polaris Global Value Fund | A | Dividend | K | T | | | | | |
| 30. T.Rowe Price Health Sciences Fund | C | Dividend | K | T | | | | | |
| 31. Vanguard Capital Opportunity Fund | B | Dividend | K | T | | | | | |
| 32. Vanguard Healthcare Fund | B | Dividend | K | T | | | | | |
| 33. Market Vectors ETF Tr. Jr Gold Miners ETF Trust #1 | A | Dividend | J | T | Buy | 7/20/15 | J | | |
| 34. Penumbra Inc. Common Stock Trust #1 | | None | J | T | Buy | 10/27/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PHILIP G. REINHARD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544